## Bennett *v.* Sacco, Appellant.

Argued January 7, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Phillip B. Silverman,* with him *Alan R. Kutner,* for appellant.

*Edward J. Ozorowski,* with him *Joseph C. Mansfield,* for appellees.

Opinion Per Curiam, June 1, 1971:

The appeal is quashed as untimely filed. *See, Woodward & Williamson's Assessment,* 274 Pa. 567, 118 Atl. 552 (1922). Costs on appellant.